IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Travis Price, | C/A No.: 1:21-2686-TLW-SVH |
| Plaintiff, | |
| vs. | ORDER |
| City of Rock Hill, | |
| Defendant. | |

This action was filed by Plaintiff in the York County Court of Common Pleas and was transferred to the District of South Carolina on August 21, 2021. Pursuant to the scheduling order entered by the court, discovery was to be completed by November 14, 2022, with dispositive motions, if any, to be filed by no later than November 28, 2022. [ECF No. 48]. These deadlines have now expired.

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

December 7, 2022                         Shiva V. Hodges
Columbia, South Carolina          United States Magistrate Judge